

Seth L. Laver | Partner
Direct 267.519.6877 | slaver@goldbergsegalla.com

September 20, 2019

**VIA CM/EFC and FIRST CLASS MAIL**
Honorable Cathy L. Waldor, USMJ
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, NJ  08101

    Re:    **Robert Hill/Gregory Hall v. Louis Zambrio, Esq.**
              **Case 2:19-cv-01009-ES-CLW**
              **GS File No. 12880.0061**

Dear Judge Waldor:

    This office represents Defendants Zambrio Associates, LLC and Louis Zambrio, Esq.  I am in receipt of the notice of a Rule 16 Conference scheduled for October 18.  I write to request that the conference be rescheduled, please.  I will be away from the office on business in Louisiana from October 16 -18, and my associate will be away from the office that week officiating his sister's wedding.  Accordingly, we respectfully request that the Rule 16 Conference be rescheduled to another date.

    If it would be helpful to the Court, I would be pleased to coordinate with counsel for the plaintiffs to identify potential dates when all counsel are available for the conference.

    Thank you for Your Honor's attention to this important matter.

                    Respectfully submitted,

                    **GOLDBERG SEGALLA LLP**

                    Seth L. Laver

SLL:ls

Cc:    Brendan G. LaManna, Esq. – via CM/ECF and Regular Mail