IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT HILL, GREGORY HALL and ONE PARTICULAR HARBOR, LLC,<br><br>       Plaintiffs,<br>v.<br><br>ZAMBRIO & ASSOCIATES, LLC and LOUIS ZAMBRIO,<br><br>       Defendants. | CIVIL ACTION<br><br>NO. 2:19-cv-01009 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly withdraw my appearance on behalf of Plaintiffs in the above-captioned matter. Robert Hill, Gregory Hall and One Particular Harbor, LLC, will still be represented by the law firm of Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C. and Eitan D. Blanc, Esquire.

          ZARWIN, BAUM, DeVITO, KAPLAN,
          SCHAER & TODDY, P.C.


        BY: */s/ Brendan G. Lamanna*
          BRENDAN G. LAMANNA, ESQUIRE
          1818 Market Street, 13th Floor
          Philadelphia, PA 19103
          215-569-2800 – Phone
          215-569-1606 – Fax
          bplamanna@zarwin.com
          Attorney for Plaintiffs

Dated: 11-27-19

## **CERTIFICATE OF SERVICE**

I, Brendan G. Lamanna, Esquire, attorney for Plaintiffs hereby certify that on the date written below, a true and correct copy of the foregoing Withdrawal of Appearance, was served upon the below named via the Court's electronic filing system.

Seth L. Laver
Goldberg Segalla, LLP
301 Carnegie Center
Suite 200
Princeton, NJ  08540

ZARWIN BAUM DeVITO KAPLAN
SCHAER & TODDY, P.C.

BY: */s/ Brendan G. Lamanna, Esquire*
BRENDAN G. LAMANNA, ESQUIRE
Attorney for Plaintiff

Dated: 11-27-19