Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROBERT HILL, *et al.*,

      Plaintiffs,

      v.

ZAMBRIO & ASSOCIATES, LLC, *et al.*,

      Defendants.

Civil Action No. 19-1009 (ES) (CLW)

ORDER

**SALAS, DISTRICT JUDGE**

    Before the Court is defendants Zambrio & Associates, LLC and Louis Zambrio's (collectively, "Defendants") motion for partial dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) (D.E. No. 10); and the Court having considered the parties' submissions and having decided the matter without oral argument, *see* Fed R. Civ. P. 78(b); L. Civ. R. 78.1(b); and for the reasons set forth in the Court's accompanying Opinion,

    IT IS on this 10th day of January 2020,

    **ORDERED** that the Complaint is dismissed for failure to adequately allege subject matter jurisdiction; and it is further

    **ORDERED** that Defendants' motion for partial dismissal is GRANTED, and the claims asserted by plaintiff Robert Hill are dismissed for lack of standing; and it is further

    **ORDERED** that if Plaintiffs can cure any deficiencies identified in the Court's accompanying Opinion with amended claims, Plaintiffs may, within twenty days of the date of entry of this Order, file an amended complaint, and failure to file such an amended complaint

1

within twenty days or to cure the deficiencies identified in the Court's Opinion may result in dismissal of the Complaint *with prejudice*; and it is further

**ORDERED** that the Clerk of Court TERMINATE docket entry number 10.

<u>*s/Esther Salas*</u>
**Esther Salas, U.S.D.J.**
